**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAULINO SOARES FELICIANO, | Case No. 1:25-cv-2031 KES SKO (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| v. | |
| WARDEN OF THE MESA VERDE DETENTION FACILITY, et al., | |
| Respondents. | Doc. 7 |

Paulino Soares Feliciano is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Doc. 1.  The magistrate judge performed a preliminary review of the petition and found a five-month detention was "within the … presumptively reasonable period" and not unreasonably prolonged.  Doc. 7 at 4.  Therefore, the magistrate judge found that petitioner failed to show his detention constituted a violation of his due process rights, and the magistrate judge recommended dismissal of the petition without prejudice.  *Id.*

The court served the findings and recommendations upon Petitioner and notified him that any objections were due within 21 days.  Doc. 7 at 4.  The court also informed Petitioner that the failure to file objections within the specified time may result in the waiver of certain rights on appeal.  *Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).  Petitioner did not file objections, and the deadline to do so expired.

1

Consistent with 28 U.S.C. § 636(b)(1), the court conducted a de novo review of the case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis.  The court **ORDERS**:

1.    The findings and recommendations issued on January 8, 2026 (Doc. 7), are **ADOPTED** in full.

2.    The petition for writ of habeas corpus is **DISMISSED** without prejudice.

3.    The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:    February 18, 2026

_____
UNITED STATES DISTRICT JUDGE